**SOURCE SEARCH TECHNOLOGIES, LLC, Plaintiff-Appellant**

v.

**KAYAK SOFTWARE CORPORATION, Defendant-Appellee**

2017-1384

United States Court of Appeals, Federal Circuit.

September 7, 2017.

JEFFREY I. KAPLAN, Kaplan, Breyer, Schwarz, LLP, Matawan, NJ, argued for plaintiff-appellant. Also represented by DANIEL BASOV, New York, NY.

JOHN J. COTTER, K&L Gates LLP, Boston, MA, argued for defendant-appellee.

(Moore, Chen, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**